March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -v-

Howard Adelglass    Defendant(s).
-----------------------------------------------------------------X

CONSENT TO PROCEED BY TEL/VIDEOCONFERENCE

20-CR-605 ( )( )

Defendant _Howard Adelglass_ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

_√_ Initial Appearance/Appointment of Counsel

_√_ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_[signature]_           _Susan Kellman_
Defendant's Signature           Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Howard Adelglass_           _Susan Kellerman_
Print Defendant's Name           Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

11/19/20           _Kevin Nathaniel Fox_
Date           U.S. District Judge/U.S. Magistrate Judge