UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/20
```

      -against-

HOWARD ADELGLASS, and,
MARCELLO SANSONE,
                Defendants.
-------------------------------------------------------------x

**ORDER**
20 CR 605 (KMW)

KIMBA M. WOOD, District Judge:

    The Court will hold a remote conference on December 7, 2020, at 10:30 a.m.

    Members of the press and public who wish to hear the proceedings should dial 917-933-2166 and enter Conference ID 317989860.

    SO ORDERED.

Dated: New York, New York
       December 2, 2020

                                  _/s/ Kimba M. Wood_
                                  KIMBA M. WOOD
                            UNITED STATES DISTRICT JUDGE