USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___12/4/20_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA

      -against-

HOWARD ADELGLASS,
MARCELLO SANSONE,

                    Defendants.
---------------------------------------------------------X

20-CR-305 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    Due to a conflict with the Court's calendar, the remote proceeding in the above-captioned case, currently scheduled for Monday, December 7, 2020, at 10:30 a.m., is adjourned to 11:00 a.m.

    SO ORDERED.

Dated: New York, New York

     December 4, 2020                           /s/ Kimba M. Wood /

                                                          KIMBA M. WOOD
                                              United States District Judge