```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/21

-against-

**ORDER**
20 CR 605 (KMW)

HOWARD ADELGLASS,

         Defendant.
------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

  The Court has received defense counsel's January 6, 2021 letter, requesting to be relieved as counsel.

  The Court grants the request, and hereby appoints CJA attorney on duty today, Irving Cohen, to represent the defendant.

  SO ORDERED.

Dated: New York, New York
    January 11, 2021

                _____
                KIMBA M. WOOD
              UNITED STATES DISTRICT JUDGE