UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/9/21
```

United States of America,

—v—

HOWARD ADELGLASS,

        Defendant.

20-cr-605 (KMW)

ORDER

KIMBA M. WOOD, District Judge:

    The Court has reviewed the December 18, 2020 Financial Affidavit filed by Howard Adelglass. It fails to provide the level of detail needed for the Court to assess his eligibility for appointment of CJA counsel.

    Mr. Adelglass is directed to file a supplemental financial affidavit, stating, in detail, for each month in the year 2021: (1) the source and amount of any expected income, and (2) the payee and amount of any expected expenses.

    If Mr. Adelglass will not receive income from employment in 2021, he should so state, and state the reason. If he does not expect to be employed during 2021, he should state why, if at all, he needs to pay any office expenses.

SO ORDERED.

Dated: February 8, 2021
      New York, New York

                                     /s/ Kimba M. Wood
                                        KIMBA M. WOOD
                                   United States District Judge