UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

HOWARD ADELGLASS,
MARCELLO SANSONE,

                              Defendants.
-------------------------------------------------------------------x

**ORDER**
20 CR 605 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/21

KIMBA M. WOOD, District Judge:

        The Court will hold a remote conference on March 2, 2021, at 12:00 p.m.

        Members of the press and public who wish to hear the proceedings should dial 917-933-2166 and enter Conference ID 839881298.

        SO ORDERED.

Dated: New York, New York
          February 24, 2021

                                              KIMBA M. WOOD
                                    UNITED STATES DISTRICT JUDGE