UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x

UNITED STATES OF AMERICA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/21

       -against

HOWARD ADELGLASS,

                           Defendant.
---------------------------------------------------------------------x

**ORDER**
20 CR 605 (KMW)

KIMBA M. WOOD, District Judge:

Mr. Cohen's letter dated February 11, 2021, fails to detail the monthly expenses Dr.

Adelglass is expected to incur in the future.

Mr. Adelglass must file, by March 8, 2021, an Affidavit setting forth, in detail, his

expected monthly expenses from this date forward.

SO ORDERED.

Dated: New York, New York
       March 2, 2021

_Kimba m. Wood_
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE
