```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

HOWARD ADELGLASS,

                        Defendant.
-----------------------------------------------------------x

**ORDER**
20 CR 605 (KMW)

KIMBA M. WOOD, District Judge:

    The Court will hold a remote conference on April 7, 2021, at 11:30 a.m., so that the defendant may swear to his updated Financial Affidavit. Only Mr. Adelglass and his attorney are required to attend. Members of the press and public who wish to join the conference may dial 917-933-2166 and enter Conference ID 349536821. All members of the press and public *must* join the conference with their telephones on mute.

    SO ORDERED.

Dated: New York, New York
         March 31, 2021

                                            KIMBA M. WOOD
                              UNITED STATES DISTRICT JUDGE