UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/21
```

      -against

**ORDER**
20 CR 605 (KMW)

HOWARD ADELGLASS,
MARCELLO SANSONE,

                    Defendants.
-----------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

      The Court will hold a remote conference in the above-captioned case on Thursday, May 6, 2021, at 11:00 a.m.

      Members of the press and public who wish to join the conference may dial 917-933-2166 and enter Conference ID 450585080. Members of the press and public must join the conference with their telephones on mute.

      SO ORDERED.

Dated: New York, New York
       April 27, 2021

                                              /s/ Kimba M. Wood
                                             KIMBA M. WOOD
                                       UNITED STATES DISTRICT JUDGE