UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/21

    -against-

**ORDER**
20 CR 605 (KMW)

HOWARD ADELGLASS,
MARCELLO SANSONE,

                    Defendants.
-------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

        The Court will hold a remote conference in the above-captioned case on Monday, December 13, 2021, at 11:00 a.m. Members of the press and public who wish to join the conference may dial 917-933-2166 and enter Conference ID 909266705, with their telephones on mute. Consistent with the standing orders of this court and local rules, no recording or rebroadcasting of the proceedings is permitted.

        SO ORDERED.

Dated: New York, New York
       December 7, 2021

                                        /s/ Kimba M. Wood
                                       KIMBA M. WOOD
                              UNITED STATES DISTRICT JUDGE