```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                     :
UNITED STATES OF AMERICA             :    ORDER
                                     :
           -v.-                      :    20 Cr. 605 (KMW)
                                     :
HOWARD ADELGLASS, and                :
MARCELLO SANSONE,                    :
                                     :
                Defendants.          :
                                     :
----------------------------------- X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/22

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Nicholas W. Chiuchiolo, dated June 3, 2022;

WHEREAS on or about April 13, 2022, the Government sought and obtained an order authorizing the United States Department of the Treasury ("DOT") to disclose tax refund and payment information purportedly associated with the conspiracy charged in the Indictment (the "Tax Order"), and the Government recently received a production of documents from DOT in response to the Tax Order (the "Tax Documents");

WHEREAS trial in the above-captioned matter is currently scheduled to begin on October 3, 2022;

IT IS HEREBY ORDERED that, giving due consideration to congressional policy favoring the confidentiality of returns and return information as set forth in Title 26, United States Code,

the Tax Documents are required to be produced pursuant to Rule 16 of the Federal Rules of Criminal Procedure; and

IT IS HEREBY FURTHER ORDERED that the Tax Documents are probative of a matter in issue relevant in establishing the guilt of the defendants, *i.e.*, at the forthcoming trial in the above-captioned matter and may be used at trial, subject to the Federal Rules of Evidence and the Court's evidentiary rulings.

SO ORDERED.

Dated: New York, New York
       June 6, 2022

                                                                                 HONORABLE KIMBA M. WOOD
                                                                                 UNITED STATES DISTRICT JUDGE