UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

       -against-

HOWARD ADELGLASS
MARCELLO SANSONE,

                    Defendant.
-----------------------------------------------------------------x

**ORDER**
20 CR 605 (KMW)

KIMBA M. WOOD, District Judge:

    Trial in the above-captioned case, scheduled to begin on Monday, October 3, 2022, will now begin on Tuesday, October 4, 2022, at 9:30 a.m.

    SO ORDERED.

Dated: New York, New York
       August 17, 2022

                                                  KIMBA M. WOOD
                                      UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/22