**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/22

August 22, 2022

**BY ECF**

**MEMO ENDORSED**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Howard Adelglass & Marcello Sansone,*
            20 Cr. 605 (KMW)

Dear Judge Wood:

    The Government respectfully writes on behalf of the parties concerning the pretrial and trial scheduling in the above-captioned matter. The defendants' motions to dismiss the indictment and for other relief are pending. Trial is scheduled to begin on October 4, 2022.

    *First*, the parties respectfully propose that the Court adopt the following schedule for pretrial filings:

        September 7, 2022: Government's 404(b) notice due;

        September 16, 2022: Motions *in limine*, proposed requests to charge, and proposed voir dire due;

        September 23, 2022: Oppositions to motions *in limine* due.

        September 28, 2022: Final pretrial conference.

        October 4, 2022: Jury selection.

[Granted]

    *Second*, trial is currently scheduled to begin on October 4, 2022. Yom Kippur begins at sundown on October 4, 2022 and continues through sundown on October 5, 2022. Several counsel in this case intend to observe the holiday. As a result, the parties respectfully request that jury

selection take place on October 4, 2022, the Court not sit on October 5, 2022, and opening arguments and the start of testimony begin on October 6, 2022.   ] Granted

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/
Nicholas W. Chiuchiolo
Marguerite B. Colson
Daniel G. Nessim
Assistant United States Attorneys
(212) 637-1247 / -2587 / -2486

cc: all counsel of record (by ECF)

SO ORDERED: N.Y., N.Y. 8/23/22

_____
KIMBA M. WOOD
U.S.D.J.