UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/22

-against-

**ORDER**
20 CR 605 (KMW)

HOWARD ADELGLASS,
MARCELLO SANSONE,

                        Defendants.
-------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

    The Court denies the defendants' March 15, 2022 motions in their entirety. Opinion to follow.

    The time for the September 28, 2022, final pretrial conference is 10:30 a.m.

    SO ORDERED.

Dated: New York, New York
        September 19, 2022

                                              KIMBA M. WOOD
                                      UNITED STATES DISTRICT JUDGE