UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x

IN THE MATTER OF AN APPLICATION

TO BRING PERSONAL ELECTRONIC DEVICE(S) OR
GENERAL PURPOSE COMPUTING DEVICE(S) INTO
THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK FOR
USE IN A PROCEEDING OR TRIAL

_____ x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.   Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

United States v. Howard Adelglass, 20 Cr. 605 (JSR)

ORDERED that for the device(s) checked below SDNY Courtroom WI-FI access shall be provided.

The date(s) for which such authorization is provided is (are)_____.

| Attorney | E-Mail | Device(s) | Courtroom | WIFI Granted |
|---|---|---|---|---|
| Irving Cohen, Esq. | icohenlaw@msn.com | Apple iPhone, Apple Macbook Computer, charging cords | 14B | |
| Chanel Sochacki, Esq. | cmsochacki@gmail.com | Apple iPhone, Apple Macbook Computer, charging cords | 14B | |
| | | | | |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: _10/18/22_

_____
United States Judge

Revised: July 1, 2019.