UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
United States of America            :
                                    :   20 ___ CR 605 ___ (JSR)
         -against-                  :
                                    :        ORDER
                                    :
Howard Adelglass                    :
                                    :
              Defendant             :
------------------------------------x

     **ORDERED**, that the defendant is hereby remanded to the custody of the United States Marshal.

                                                                    _____
                                                                United States District Judge

Dated: New York, New York
       11/18/2022