UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                        :

Plaintiff,    United States of America

     -v-

Defendant.   Howard Adelglass

----------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

{ 20 Cr. 605-1   (JSR ) (BCM )
{ 26 Civ. 4229

      The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*

_____

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

☒ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

_____

All such motions: _____

Do not check if already referred for general pretrial.

Dated ____5/21/26____

SO ORDERED:

_____
United States District Judge