UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOWARD ADELGLASS,

                              Movant,

          -against-

UNITED STATES OF AMERICA,

                              Respondent.

26-CV-4229 (JSR) (BCM)

20-CR-0605-1 (JSR)

ORDER TO ANSWER, 28 U.S.C. § 2255

BARBARA C. MOSES, United States Magistrate Judge:

The Court having concluded that the motion brought under 28 U.S.C. § 2255 should not be summarily dismissed as being without merit, it is hereby ORDERED that:

The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

Within sixty days of the date of this order, the U.S. Attorney's Office shall file an answer or other response to the motion. Movant shall have thirty days from the date on which Movant is served with Respondent's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date.

SO ORDERED.

Dated:    May 28, 2026
          New York, New York

_____
       BARBARA MOSES
   United States Magistrate Judge